CRIMINAL COMPLAINT

FILED
LODGED
RECEIVED
COPY

MAY 7 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**VICTIM**

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Abel Faustino-De Jesus**<br>DOB: xx/xx/1974; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**10-09450M** |

| | |
|---|---|
| Complaint for violation of Title **18** | United States Code **§ 111(a)(1)** |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 6, 2010, at or near Ajo, in the District of Arizona, **Abel Faustino-De Jesus**, did forcibly assault, resist, oppose, impede, intimidate or interfere with United States Border Patrol Agent Jacobo Sikaffy, an officer of the United States, while said officer was engaged in the performance of his official duties; with the act constituting more than simple assault, that is with physical contact, all in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

At approximately 1:00 p.m. on May 6, 2010, at or near Ajo, in the District of Arizona, United States Border Patrol Agent Jacobo Sikaffy responded to a holding cell at the processing center in the Ajo, Arizona Border Patrol Station to assist agents with a report of an altercation in one of the cells. Upon arrival at the holding cells, Agent Sikaffy made contact with **Abel Faustino-De Jesus**, who had been removed from the cell after he hit another detained illegal alien's head and face. Agent Sikaffy attempted to speak to **Faustino-De Jesus** regarding the altercation and his well-being. **Faustino-De Jesus** was non-responsive, so Agent Sikaffy lightly tapped **Faustino-De Jesus** on his left foot, but **Faustino-De Jesus** did not respond. As Agent Sikaffy continued to try to ask **Faustino-De Jesus** questions, **Faustino-De Jesus** punched Agent Sikaffy in the stomach and squared off in a fighting stance. As Agent Sikaffy attempted to subdue **Faustino-De Jesus**, he continued to physically resist the agent and refused to comply with commands. Agents were able to subdue **Faustino-De Jesus** and place him in handcuffs. Material witness Luis Ramirez-Lazaro, who was hit by **Faustino-De Jesus** prior to **Faustino-De Jesus'** removal from the holding cell, told agents that he could not see **Faustino-De Jesus** hit Agent Sikaffy from the holding cell.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Luis RAMIREZ-LAZARO

| DETENTION REQUESTED<br><small>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.</small><br>NPS/cmm<br>Authorized by AUSA: _____ | SIGNATURE OF COMPLAINANT<br>(official title) |
| | OFFICIAL TITLE<br>**U.S. Border Patrol Agent** |

| Sworn to before me and subscribed in my presence | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 7, 2010 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54